UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-2209-KK** | Date: | February 10, 2021 |
|---|---|---|---|
| Title: | *Social Positioning Input Systems, LLC v. ESRI Global, Inc.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute

On October 20, 2020, plaintiff Social Positioning Input Systems, LLC ("Plaintiff") filed a complaint against defendant ESRI Global, Inc. ("Defendant"). ECF Docket No. ("dkt.") 1.

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. FED. R. CIV. P. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). FED. R. CIV. P. 12(a)(1).

In the present case, it appears one or more of these time periods has not been met. Accordingly, the Court, on its own motion, **orders Plaintiff to show cause in writing on or before February 17, 2021 why this action should not be dismissed for lack of prosecution**. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by the Plaintiff is due.

**IT IS SO ORDERED.**